UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

DATE OF 341 MEETING: February 21, 2019   CASE NO: 19-20328

IN RE: Ramon M. Garcia   TRUSTEE: Elizabeth R. Loveridge

# MOTION TO DISMISS/ CHAPTER 7 SECTION 341 MEETING REPORT/ STATEMENT OF FAILURE TO COMPLY

**PURSUANT TO APPLICABLE LOCAL RULES AS REFERENCED IN PARAGRAPH(S) 1 TRUSTEE RECOMMENDS DISMISSAL OF THIS CASE AND THE COURT WILL ENTER AN ORDER OF DISMISSAL UNLESS AN OBJECTION TO DISMISSAL IS FILED BY March 18, 2019.**

1. DEBTOR(S)
   [ ] Present, Sworn, Examined  [ X ] Not Present – Local Bankruptcy Rule (ALBR@) 2003-1(a)
   [ ] Husband Present, Wife Not – LBR 2003-1(a)
   [ ] Wife Present, Husband Not – LBR 2003-1(a)
2. DEBTOR'S ATTORNEY
   [ X ] Present    [ ] Not Present – LBR 2003-1(a)    [ ] N/A (Pro Se)
3. MAILING MATRIX TIMELY FILED
   [ ] YES    [ X ] NO – LBR 1007-1
4. DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
   [ ] YES    [ ] NO – Bankr. D. Rule 1007-1(b)
5. NEW ADDRESS FOR DEBTOR?
   [ X ] NO   [ ] YES – Debtor and Attorney advised of duty to file written notice of change of address
6. [ ] FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(b) - (d):

7. MEETING: [ X ] Concluded   [ ] Continued to: _____(New 341 Date)
8. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
   [ X ] a 341 hearing be rescheduled    [ ] a 341 hearing NOT be rescheduled

*CREDITORS*: All Creditors on Mailing Matrix.

PRESIDING OFFICER   Elizabeth R. Loveridge

   This Motion to Dismiss/ Section 341 Meeting Report/Statement of Failure to Comply has been mailed to the Debtor and Debtor=s counsel at the addresses that appear on the Petition in this case.   In addition, a copy has been delivered to the Office of the U.S. Trustee at Suite 300, 405 S. Main Street, Salt Lake City, UT 84111.

Date: February 22, 2019         /s/ Elizabeth R. Loveridge
                                Chapter 7 Trustee

Elizabeth R. Loveridge, #6025
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Tel: (801) 532-7080

Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**Garcia, Ramon M.**<br>SSN: XXX-XX-6237<br><br>Debtor(s) | Case No. 19-20328 RKM<br>Chapter 7 |

### CERTIFICATE OF MAILING

I hereby certify that on February 22, 2019, I electronically filed the foregoing **Motion to Dismiss/Chapter 7 Section 341 Meeting Report/Statement of Failure to Comply** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

Office of the United States Trustee; USTPRegion19.SK.ECF@usdoj.gov

David L. Fisher; FisherLawllc@lawyer.com

I hereby certify that on February 22, 2019, I caused to be served a true and correct copy of the foregoing **Motion to Dismiss/Chapter 7 Section 341 Meeting Report/Statement of Failure to Comply** to be sent by regular first class United States mail, postage fully pre-paid, addressed to:

Ramon M. Garcia
3729 South Atlas Way
West Valley City, Ut 84120

_____/s/_____
Tiffany B. Lawrence

1