**Fill in this information to identify your case:**

Debtor 1: **Ramon M. Garcia**
First Name   Middle Name   Last Name

Debtor 2: 
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number: **19-20328**
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Cyprus Cu**<br><br>Description of property securing debt: **2009 Grand Cherokee 72000 miles**<br>**Debtor's primary vehicle**<br>**Location: 7911 W 3100 S, Magna UT 84044** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Cyprus Cu**<br><br>Description of property securing debt: **2002 Dodge Durango 140000 miles**<br>**Location: At ex-wife's parent's house. Debtor purchased this vehicle for ex-wife's son, but the loan/title was in debtor's name. Ex-wife's Volkswagen was impounded and she took this car from son.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Ramon M. Garcia | Case number (*if known*) | 19-20328 |
|---|---|---|---|

| Creditor's name: | Cyprus Cu | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2005 Volkswagen Jetta 160000 miles<br>Location: 7911 W 3100 S, Magna UT 84044<br>Debtor bought car for ex-wife while married. Debtor took loan in his name. Debtor believes Cyprus retrieved car from impound and is going to sell it at auction. | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Progressive Leasing | ■ No<br>☐ Yes |
| Description of leased Property: | Lease-purchase I-phone. Account 10983956. I-phone is no longer in Debtor's possession. Debtor signed for this lease so his nephew could have a phone and the phone broke and Debtor's nephew threw away the phone. | |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Ramon M. Garcia**
**Ramon M. Garcia**
Signature of Debtor 1

Date  **March  4, 2019**

X  _____
Signature of Debtor 2

Date  _____