**This order is SIGNED.**

**Dated: April 22, 2019**




R. KIMBALL MOSIER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 19-20328 |
|---|---|
| Ramon M. Garcia, | Chapter 7 |
| Debtor. | Judge R. Kimball Mosier |

**ORDER SETTING HEARING ON DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS AND MOTION TO RESCHEDULE MEETING OF CREDITORS**

The Court has determined that a hearing on the Debtor's objection to Trustee's motion to dismiss and motion to reschedule meeting of creditors is appropriate in this case. Accordingly, it is hereby,

**ORDERED**, that a hearing on Debtor's objection to Trustee's motion to dismiss and motion to reschedule meeting of creditors will be held before the Honorable R. Kimball Mosier on May 1, 2019 at 10:30 a.m. in Room 369, of the Frank E. Moss United States Courthouse, located at 350 South Main Street, Salt Lake City, Utah.

----------------------------------END OF DOCUMENT-----------------------------------------

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order Setting Hearing on Debtor's Objection to Trustee's Motion to Dismiss and Motion to Reschedule Meeting of Creditors** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- David L. Fisher    fisherlawllc@lawyer.com, fisherdr81428@notify.bestcase.com
- Elizabeth R. Loveridge tr    eloveridge@strongandhanni.com, rchristensen@strongandhanni.com; eloveridge@ecf.axosfs.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

None