**This order is SIGNED.**




**Dated: May 1, 2019**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

David L. Fisher (11570)
**Fisher Law Group PLLC**
2825 E. Cottonwood Pkwy, Suite 500
Cottonwood Heights, UT 84121
Email: fisherlawllc@lawyer.com
Telephone: (801) 931-9001
*Attorney for Debtor Ramon M. Garcia*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Case No. 19-20328 |
|---|---|
| Ramon M. Garcia | Chapter 13 |
| Debtor | Judge: R. Kimball Mosier |

### ORDER RESCHEDULING 341 MEETING OF THE CREDITORS

**THIS MATTER** came before the Court on the Debtor's Motion to Reschedule the 341 Meeting of the Creditors. The court has considered the Motion and the applicable law. Having reviewed the facts and circumstances, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Motion is granted.

2. The 341 Meeting of the Creditors is continued to the next available date and time on the calendar of the Chapter 7 Trustee assigned to this case.

2. All other deadlines relating to the Debtor's Chapter 7 filing are reset as necessary, including the deadline for filing objections to the dischargeability of any debts.

-------------- **END OF DOCUMENT** --------------------

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and correct copy of the foregoing proposed order was served by CM/ECF on this 17th day of April, 2019 on the following parties:

Chapter 7 Trustee
Elizabeth R. Loveridge tr
Strong and Hanni
102 South 200 East Suite 800
Salt Lake City, UT 84111
801-532-7080
eloveridge@strongandhanni.com

United States Trustee
405 S Main St #300
Salt Lake City, UT 84111

*/s/ David L. Fisher*
David L. Fisher